### 153

James Nelson
vs. } W.C.A.Pet.No.186
Harris-Corliss Engine & Machine Co.

April 24, 1918

TANNER, P. J. Upon consideration of the report of the medical expert appointed by the Court and of the conversation with said expert in further explanation of said report, we are of the opinion that the petitioner has not been since his accident, and is not now in a condition to do any of the work connected with his former employment, even to the extent of the lighter work attempted by him after his injury.

We are therefore of the opinion that the employers must pay full compensation unless, possibly, they can furnish him with light work of such a character as would be approved by medical experts and not injurious to his present condition.

For Petitioner: Baker & Spicer.

For Respondent: F. A. Jones.

---

### 154

Etta C. Knight et al
vs. } P.A.No.620
Whitman S. Wood

April 25, 1918

DORAN, J. The verdict implies that testatrix did not know what she wanted to do and did not do what she wished. I think that this is against the weight of the evidence and that the case should be considered by another jury.

New trial granted.

For Appellants: Sullivan & Sullivan, Joseph McDonald and Ernest P. B. Atwood.

For Appellee: James L. Jenks.